UNITED STATES ET AL. *v.* HINE PONTIAC ET AL.

No. 561. Decided June 29, 1959.

*Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Carolyn R. Just* for petitioners.

*Paul J. Sedgwick* and *L. W. Anderson* for Hine Pontiac, *M. M. Wade* for Modern Olds, Inc., and *Michael J. Salmon* and *Vincent F. Kilborn* for Kilborn et al., respondents.

PER CURIAM.

The petition for writ of certiorari is granted. The judgments of the United States Court of Appeals for the Fifth Circuit are reversed. *Commissioner of Internal Revenue* v. *Hansen, ante,* p. 446; *Commissioner of Internal Revenue* v. *Glover, ante,* p. 446; *Baird* v. *Commissioner of Internal Revenue, ante,* p. 446.